Order issued October 30, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-10-00342-CV

AMERICAN EUROCOPTER CORPORATION, Appellant

V.

CJ SYSTEMS AVIATION GROUP, Appellee

## ORDER

Appellee's motion for extension of time to file its response to appellant's motion for rehearing is **GRANTED** and the time for appellee to file its response is extended to November 20, 2012.

_____
LANA MYERS
JUSTICE